THE FORTY-SECOND STREET AND GRAND STREET FERRY RAILROAD COMPANY, Respondent, *v.* THE THIRTY-FOURTH STREET RAILROAD COMPANY, Appellant.

(Argued March 16, 1886; decided June 1, 1886.)

*Joseph S. Auerbach* for appellant.

*Freling H. Smith* for respondent.

Appeal dismissed on opinion in *In re Thirty-fourth St. R. R. Co.* (*ante,* p. 343).

---

MATILDA W. STEVENS et al., Appellants, *v.* JOHN WEBB, Respondent.

(Argued March 26, 1886; decided June 1, 1886.)

*J. Mitchell Tyng* for appellants.

*Francis Lynde Stetson* and *Franklin A. Paddock* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

THE PEOPLE, ex rel. OSCAR J. BROWN, Appellant, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ONONDAGA, Respondent.

(Argued March 13, 1886; decided June 1, 1886.)

*Oscar J. Brown* appellant in person.

*Louis Marshall & Norman Hine* for respondent.

Agree to affirm on opinion of VANN, J., below.
All concur.
Order affirmed.